AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Feb 12, 2024
SEAN F. McAVOY, CLERK

CHRISTINA ST. CLAIR,  )
*Plaintiff*  )
v.  )  Civil Action No. 2:23-CV-0280-TOR
)
OKANOGAN COUNTY WASHINGTON, and  )
ISAIAH HOLLOWAY,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion to Dismiss and Motion for Joinder (ECF Nos. 16, 17) are GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on Defendants' Motion to Dismiss and Motion for Joinder (ECF Nos. 16, 17).

Date:  February 12, 2024

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry